UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| DANE BUCHANAN, JAMES CHRISTOPHER DUERR, NICOLE NAPOLITANO, and WINSOME THELWELL, | : | 21-Cv-660 (SHS) |
| | : | |
| Plaintiffs, | : | |
| -v- | | ORDER |
| | : | |
| CITY OF NEW YORK, THE NEW YORK CITY CIVILIAN COMPLAINT REVIEW BOARD, and JONATHAN DARCHE, in his official capacity, | : | |
| | : | |
| Defendants. | | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In light of the motion to dismiss the complaint filed by defendants on March 30, 2021 [Doc. No. 18],

    IT IS HEREBY ORDERED that the teleconference scheduled for April 8 at 10:30 a.m. is adjourned *sine die*.

Dated: New York, New York
       April 7, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.