UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DANE BUCHANAN, JAMES CHRISTOPHER : 21-Cv-660 (SHS)
DUERR, NICOLE NAPOLITANO, and
WINSOME THELWELL, :

                Plaintiffs, :
   -v-                                  ORDER
                                          :

JONATHAN DARCHE, in his official capacity,

                 :
               Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     In light of the Opinion and Order filed on August 23 granting in part and denying in part defendants' motion to dismiss the complaint [Doc. No. 30],

     IT IS HEREBY ORDERED that the parties shall meet and confer regarding a schedule for discovery proceedings in this action and file an agreed upon discovery plan in writing on or before September 3, 2021.

Dated: New York, New York
         August 24, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.