**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DANE BUCHANAN,

                Plaintiff,

                -against-

JAMES CHRISTOPHER DUERR, et al.,

                Defendants.

------------------------------------------------------------x

21-CV-0660 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Tuesday, January 11, 2022 at 2:00 p.m.**  The dial in information is (866) 390-1828, access code 1582687.

SO ORDERED.

Dated: November 10, 2021
      New York, New York

               *s/ Ona T. Wang*
               **Ona T. Wang**
               United States Magistrate Judge