**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DANE BUCHANAN,                               :
                                             :
               Plaintiff,            :      21-CV-0660 (SHS) (OTW)
                                             :
               -against-            :      **ORDER**
                                             :
JAMES CHRISTOPHER DUERR, et al.,             :
                                             :
               Defendants.           :
                                             :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Telephonic Settlement Conference on Friday, April 01, 2022 at 9:30 am.** The dial in information is (866) 390-1828, access code 1582687. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § V upon receipt of this Scheduling Order.

      **SO ORDERED.**

Dated: March 3, 2022
       New York, New York

       _s/ Ona T. Wang_
       **Ona T. Wang**
       United States Magistrate Judge