

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**YUVAL RUBINSTEIN**
Phone: (212) 356-2467
Fax: (212) 356-2439
Email: yrubinst@law.nyc.gov

May 13, 2022

<u>**Via ECF**</u>
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   <u>Buchanan et al. v. Darche</u>
              Case No. 21-cv-00660 (SHS)

Dear Judge Wang:

      I am the Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, assigned to represent defendant Jonathan Darche ("defendant") in the above-captioned action. I write jointly with plaintiffs' counsel to inform Your Honor that we are available for a counsel-only settlement discussion throughout the week of May 16 with the exception of May 18, and we are also available May 23, 24, and 25.

      The parties thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                            /s/

                                        Yuval Rubinstein
                                        Assistant Corporation Counsel
                                        Attorney for Defendant

                                            /s/
                                        Hope Pordy
                                        Elizabeth Sprotzer
                                        Attorneys for Plaintiffs