UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DANE BUCHANAN, JAMES CHRISTOPHER : 21-Cv-660 (SHS)
DUERR, NICOLE NAPOLITANO, and
WINSOME THELWELL, :

                Plaintiffs, :
  -v-                                     ORDER
                                   :

JONATHAN DARCHE, in his official capacity,
                                   :

                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court having been notified that this matter has settled,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 60 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by then.

Dated: New York, New York
       May 31, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.