UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DANE BUCHANAN,

          Plaintiff,

          -against-

JAMES CHRISTOPHER DUERR, et al.,

          Defendants.

------------------------------------------------------------x

21-CV-0660 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendants' request to adjourn the June 23, 2022 conference, and subsequent request to withdraw their request to adjourn. The June 23, 2022 pre-settlement call will go forward as Ordered in ECF 62.

The Clerk of Court is respectfully directed to close ECF 63 and 64.

**SO ORDERED.**

Dated: June 22, 2022
      New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge