

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**YUVAL RUBINSTEIN**
Phone: (212) 356-2467
Fax: (212) 356-2439
Email: yrubinst@law.nyc.gov

August 16, 2022

**Via ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Buchanan et al. v. Darche</u>
              Case No. 21-cv-00660 (SHS)

Dear Judge Wang:

      I am the Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, assigned to represent defendant Jonathan Darche ("defendant") in the above-captioned action. I write to respectfully request a defendant-only telephone conference to provide the Court a status update concerning settlement. I am available August 17-19, as well as August 22-25. Defendant thanks the Court for its consideration of this request.

                                          Respectfully submitted,

                                          /s/

                                          Yuval Rubinstein
                                          Assistant Corporation Counsel
                                          Attorney for Defendant