

**SPIVAKLIPTON**LLP
ATTORNEYS AT LAW

Hope Pordy
hpordy@spivaklipton.com
1040 Avenue of the Americas,
20th Floor
New York, NY 10018
T 212.765.2100
F 212.765.8954
spivaklipton.com

September 9, 2022

**VIA ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Buchanan, et al. v. Darche,* No. 1:21-cv-00660-SHS-OTW

Dear Judge Wang:

    I write on behalf of both parties in accordance with the Court's Order, dated August 24th, 2022, to provide a status report in the above-referenced matter. The parties continue to engage in discussions towards settling the case and plaintiffs provided defendant with a settlement counteroffer yesterday.

    The parties request an additional two weeks to continue settlement discussions and to apprise the Court of the parties' progress by the submission of status report by September 22, 2022.

    Thank you for your consideration.

                                      Respectfully submitted:

                                      */s/ Hope Pordy*
                                      Hope Pordy

cc (via ECF): All counsel

SL-383829.1