UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| DANE BUCHANAN, JAMES CHRISTOPHER DUERR, NICOLE NAPOLITANO, and WINSOME THELWELL, | : | 21-Cv-660 (SHS) |
| | : | |
| Plaintiffs, | : | |
| -v- | | ORDER |
| | : | |
| JONATHAN DARCHE, in his official capacity, | | |
| | : | |
| Defendant. | | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On the recommendation of Magistrate Judge Ona T. Wang in her Report and Recommendation dated October 17, 2022 [Doc. No. 88],

      IT IS HEREBY ORDERED that the parties' time to restore this case to the active docket is extended, nunc pro tunc, to October 31, 2022.

Dated: New York, New York
       October 17, 2022

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.